UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHIRLEY ELIZABETH SORENSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-508-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,550.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kristin G. Oakley, and mailed to her office at the Ricci Law Firm, P.O. Box 483, Greenville, NC 27835, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on April 19, 2019, and Copies To:**

| | |
|---|---|
| Kristin G. Oakley | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |
| Stephen F. Dmetruk, Jr. | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
April 19, 2019　　　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk